UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<sup>USDC SDNY</sup>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11-25-19
```

DAVID CEPEDA,

              Petitioner,

- against -

ROBERT MORTON, JR.,

              Respondent.

19 Civ. 2444 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Court has received the letter from the petitioner dated November 7, 2019, inquiring about the status of his application for a stay of his petition for habeas corpus, which he had submitted on July 31, 2019. In an Order dated August 8, 2019, the Court stated that the respondent should respond to the petitioner's application for a stay by August 23, 2019 and the petitioner should reply by September 9, 2019. The respondent filed a response on August 21, 2019 but the Court has not received a reply from the petitioner. Because the petitioner stated that he has not received any letters since his initial application, the Court extends the time for the petitioner to reply to **December 16, 2019.**

The petitioner's time to file a reply to the underlying petition for habeas corpus is adjourned until a decision on the motion for a stay.

**SO ORDERED.**

**Dated:**     **New York, New York**
               **November 22, 2019**

_____
      JOHN G. KOELTL
**United States District Judge**