**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12-20-19__

**DAVID CEPEDA,**

**Petitioner,**

**19-cv-2444 (JGK)**

**- against -**

**ORDER**

**ROBERT MORTON, JR.,**

**Respondent.**

**JOHN G. KOELTL, District Judge:**

The petitioner has applied for a stay of his petition for habeas corpus, which he had submitted on July 31, 2019. The respondent filed a response on August 21, 2019 but the Court has not received a reply from the petitioner. On November 22, 2019, the Court extended the time for the petitioner to reply to December 16, 2019. The Court now extends the petitioner's time to reply to **January 10, 2020.** If the petitioner does not file a reply by that date, the Court will decide the motion to stay on the papers already submitted.

The petitioner's time to file a reply to the underlying petition for habeas corpus is adjourned until a decision on the motion for a stay.

**SO ORDERED.**

**Dated:    New York, New York**
**         December 20, 2019**

JOHN G. KOELTL
**United States District Judge**

COPY MAILED TO PRO SE PARTY AT DOCKET ADDRESS