UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-30-20

---

DAVID CEPEDA,

        Petitioner,

- against -

ROBERT MORTON, JR.

        Respondent.

19-cv-2444 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

On December 26, 2019, the Court issued a Memorandum Opinion and Order denying the petitioner's motion for a stay. (Dkt. No. 19). It is unclear whether this Memorandum Opinion and Order was mailed to the petitioner.

Therefore, the Court resends a copy of the Memorandum Opinion and Order dated December 26, 2019 (Dkt. No. 19) to the petitioner at the following address:

    David Cepeda, #16-A-0108
    Downstate Correctional Facility
    P.O. Box F
    Red Schoolhouse Road
    Fishkill, NY 12524

The petitioner's time to reply to the respondent's opposition to the petition for habeas corpus is extended to **March 20, 2020**.

**SO ORDERED.**

Dated:    New York, New York
           January 29, 2020

                                      John G. Koeltl
                                  United States District Judge

Copy mailed to pro se party(ies) at docket address