**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DAVID CEPEDA,**

                Petitioner,            19-CV-2444 (JGK)

     - against -

                                             <u>ORDER</u>

**ROBERT MORTON, JR.,**

                Respondent.

---

**JOHN G. KOELTL, District Judge:**

     In his Memorandum dated February 10, 2020, the petitioner argues that he did not have a full and fair opportunity to raise his Fourth Amendment claim in the state court because the judge at the suppression hearing refused to allow the petitioner's counsel to call two police witnesses, namely Lieutenant Zonneveld and police officer Merandy. The respondent should respond to this argument by July 8, 2020. The petitioner may reply by July 24, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
            June 20, 2020

                                            /s/ John G. Koeltl
                                             **JOHN G. KOELTL**
                                    **United States District Judge**