**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DAVID CEPEDA,

                Plaintiff,                19 **CIVIL** 2444 (JGK)

    -against-                         **JUDGMENT**

ROBERT MORTON, JR.
                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 30, 2020, the Court has considered all of the arguments raised by the parties; to the extent not specifically addressed, the arguments are either moot or without merit; the petition for a writ of habeas corpus is dismissed; accordingly, this case is closed. Because petitioner failed to make a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253 (c).

**DATED:** New York, New York
            October 30, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                             **BY:**
                                                      _____
                                                         **Deputy Clerk**